FILED - GR
August 25, 2025 1:21 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM  SCANNED BY: ___ / ___

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

**Kenneth Antwan Artis**,
Plaintiff, Pro Se
1037 Michigan Street NE, Apt. 416
Grand Rapids, MI 49503
Phone: (616) 289-1855
Email: kennethartist285@gmail.com

**1:25-cv-998**
Jane Beckering - U.S. District Judge

**With assistance from:**
Samirah Desiree Stokes, Legal Aid Assistant / Preparer
Tyrell Henderson, Legal Aid Assistant / Preparer

**Defendants:**
Detective Adam Baylis (Grand Rapids Police Department)
Officer Connor Wood (Grand Rapids Police Department)
Christian Flombacher (Enterprise employee/witness)
Enterprise Holdings, Inc. / National Car Rental
Gerard E. Faber Jr. (Assistant Prosecutor, Kent County)
City of Grand Rapids
Kent County

**JURISDICTION & VENUE**
This action arises under 42 U.S.C. §1983 and the First, Fourth, Fifth, and Fourteenth Amendments. Jurisdiction is proper under 28 U.S.C. §§1331 and 1343. Venue is proper in this District because the events occurred in Kent County, Michigan.

**FACTS**
1. On March 31, 2025, Defendant Baylis swore out a warrant against Plaintiff in the 61st District Court (Case No. M1410023J) for alleged "failure to return rental property," based on an Enterprise report.
2. The warrant was based on an incorrect driver's license number, which did not belong to Plaintiff.
3. Plaintiff was arrested on June 22, 2025 and jailed under this false warrant.
4. Plaintiff was held and suffered humiliation, reputational damage, and physical injury during arrest and detention.
5. On June 24–26, 2025, Plaintiff sought medical treatment, and hospital records confirm back injury and related harm caused by arrest conditions.
6. On July 8, 2025, the case was dismissed because the prosecution could not prove Plaintiff was the responsible individual.
7. Despite dismissal, Plaintiff's image and reputation were tainted, with lasting stigma and defamation.

## CLAIMS FOR RELIEF

### Count I – False Arrest & Unlawful Seizure (Fourth Amendment)
Defendants Baylis, Wood, and Kent County arrested Plaintiff without probable cause.

### Count II – Malicious Prosecution (Fourth & Fourteenth Amendments)
Defendants pursued charges despite faulty identification, culminating in dismissal.

### Count III – Excessive Force / Medical Indifference (Fourth & Fourteenth Amendments)
Plaintiff sustained injuries during custody, documented June 24–26, 2025.

### Count IV – Defamation & Stigma-Plus Claim (First & Fourteenth Amendments)
Defendants' actions caused reputational damage beyond the wrongful arrest.

## DAMAGES
Plaintiff seeks:
- Compensatory damages (emotional distress, physical injury, reputational harm).
- Punitive damages against individual defendants.
- Attorneys' fees under 42 U.S.C. §1988.

## PRAYER FOR RELIEF
WHEREFORE, Plaintiff respectfully requests judgment in his favor against Defendants for:
- Compensatory damages;
- Punitive damages;
- Attorneys' fees and costs;
- Any additional relief this Court deems just and proper.

Respectfully submitted,

**Kenneth Antwan Artis**
Pro Se Plaintiff

Prepared with assistance by:

**Samirah Desiree Stokes**
Legal Aid Assistant / Preparer


**Tyrell Henderson**
Legal Aid Assistant / Preparer